THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAY 15 2014
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| YOUNG YIL JO, IBRAHAM OSMAN, MANUEL AGUIRRE, JULIO PENA, JAIME MORALES, MARCO GUERRERO, JUSES LOPEZ MATA, AGAPITO JARAMILLO, GUSTAVO RUBIO, WILLIAM SANTOS, MARIO GARCIA, IVAN PEREZ, ARLON SANTANDER, MARTIN ROSAS, YURI TZUL, JOSE ALCANTARA, LUIS QUINTANILLA, ERICK BOCH, BERNARDO FERNANDEZ, GIOVANNI ARROYO, SANTOS DIAZ, XING LIN WANG, OMAR TURCIOS, ROGER TALANCON, CRESCENCIO BARRAZA, THO LE, BERTRAM C. JOHNSON, Plaintiffs, vs. SIX UNKNOWN NAMES AGENTS or MR PRESIDENT OF THE UNITED STATES BARACK OBAMA, Defendants. | 14-CV-129-M-DLC, 14-CV-130-M-DLC, 14-CV-131-M-DLC, 14-CV-132-M-DLC, 14-CV-133-M-DLC, 14-CV-134-M-DLC, 14-CV-135-M-DLC, 14-CV-136-M-DLC, 14-CV-137-M-DLC, 14-CV-138-M-DLC, 14-CV-139-M-DLC, 14-CV-140-M-DLC, 14-CV-141-M-DLC, 14-CV-142-M-DLC, 14-CV-143-M-DLC, 14-CV-144-M-DLC, 14-CV-145-M-DLC, 14-CV-146-M-DLC, 14-CV-147-M-DLC, 14-CV-148-M-DLC, 14-CV-149-M-DLC, 14-CV-150-M-DLC, 14-CV-151-M-DLC, 14-CV-152-M-DLC, 14-CV-153-M-DLC, 14-CV-154-M-DLC, 14-CV-155-M-DLC ORDER |

Plaintiff Young Yil Jo, an INS detainee, has filed an incoherent one-page complaint in his own name and 26 additional complaints in the names of other inmates. He did not pay the filing fees and did not submit applications to proceed in forma pauperis.

1

On May 13, 2014, the Ninth Circuit Court of Appeals entered an injunction directing this Court to reject without filing, lodging, or consideration of any kind all further civil actions, submissions, filings or notices of appeal filed by Jo, in his own name or any other, against the same defendants and/or raising the same allegations, as his prior actions. *In re: Young Jo*, Court of Appeals Case # 13-80149, Doc. 271. In light of this directive, these matters will be administratively closed. No further action will be taken.

IT IS ORDERED that the Clerk of Court is directed to administratively close Civil Action Nos. 14-CV-129-M-DLC through 14-CV-155-M-DLC.

IT IS FURTHER ORDERED that the Clerk of Court is directed to discard, without filing or lodging, all further civil actions, submissions, filings, or notices of appeal filed by Young Yil Jo, in his own name or any other, against the same defendants and/or raising the same allegations, as the actions that have been the subject of the appeals referenced in the Ninth Circuit's May 13, 2014 Order.

DATED this 15th day of May, 2014.

Dana L. Christensen, Chief Judge
United States District Court